UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21118-MGC

JONES LANG LASALLE AMERICAS, INC.,

        Plaintiff,

v.

VESSEL OPERATING HOLDCO LLC and
REEF TECHNOLOGY, INC.,

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Pursuant to Local Rule 16.4, Plaintiff Jones Lang LaSalle Americas, Inc., and Defendants Vessel Operating Holdco LLC and Reef Technology, Inc., (collectively, "the Parties") respectfully notify the Court that they have reached a settlement in principle to resolve the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing the Settlement Agreement, and intend to do so and file a stipulation for dismissal within (30) days of this Notice. The Parties respectfully request that the Court suspend and extend all pending deadlines while the Parties finalize their settlement.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel B. Rogers | /s/ Annette U. Tucker |
| Daniel B. Rogers (Fla. Bar No. 195634) | Annette U. Tucker (Fla. Bar No. 14383) |
| E-Mail: drogers@shb.com | E-Mail: Annette.Tucker@kaplanzeena.com |
| Matthew D. Bernstein (Fla. Bar No. 92260) | Maria Kimijima (Fla. Bar No. 115504) |
| E-Mail: mbernstein@shb.com | E-Mail: Maria.Kimijima@ kaplanzeena.com |
| SHOOK, HARDY & BACON L.L.P. | KAPLAN ZEENA LLP |
| Citigroup Center, Suite 3200 | One Biscayne Tower, Suite 3600 |
| 201 South Biscayne Blvd. | 2 South Biscayne Blvd. |
| Miami, Florida 33131 | Miami, FL 33313 |
| T: (305) 358-5171 | T: (305) 530-0800 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |